

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-91,642-01 & WR-91,642-02

### EX PARTE RYAN ALEX LEWIS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 23254A & 23256A IN THE 356TH DISTRICT COURT FROM HARDIN COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to fifty years' imprisonment in each cause. He filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel and the trial court informed him that he waived his right to appeal, but made an open plea of guilty without a plea agreement, so he should have had the right to appeal the sentences. He states that he would have appealed had he known he had the right to do so. Applicant has alleged facts that, if true, might entitle him to relief. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98

S.W.3d 700 (Tex. Crim. App. 2003). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether Applicant pleaded guilty pursuant to a plea agreement, or pleaded open to the court. The trial court shall make findings as to whether Applicant was denied his right to an appeal. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claim.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: September 30, 2020
Do not publish